1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Merlene Fay Wilson Sujo

7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11

12

13
   MERLENE FAY WILSON SUJO,          )  Case No.: 2:15-cv-01049-CKD
14                                    )
              Plaintiff,              )  STIPULATION AND ~~PROPOSED~~
15                                    )  ORDER TO EXTEND BRIEFING
        vs.                          )  SCHEDULE
16                                    )
   CAROLYN W. COLVIN, Acting         )
17 Commissioner of Social Security,  )
                                      )
18            Defendant               )
                                      )
19 _____ )

20        TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE

21 JUDGE OF THE UNITED STATES DISTRICT COURT:

22        The parties, by and through their respective counsel, hereby stipulate to

23 extend the time in which plaintiff must file her motion for summary judgment

24 and/or remand from October 29, 2015, to and including November 12, 2015, and

25 that all subsequent deadlines set forth in the Court's Scheduling Order (Doc. No. 4)

26 are extended accordingly.

                                   -1-

2:15-cv-01049-CKD   Document 13   Filed 11/02/15   Page 2 of 2

1    This is the parties' first request for an extension of time.  This request is

2 made on behalf of counsel for plaintiff who has had to attend to an unforeseen

3 family emergency, thereby not allowing counsel the appropriate time to brief this

4 matter to the Court on behalf of plaintiff.  For good cause shown, counsel for

5 plaintiff respectfully requests the granting of this request for a two-week extension.

6    IT IS SO STIPULATED.

7 DATE: October 29, 2015          Respectfully submitted,

8                                 LAW OFFICES OF LAWRENCE D. ROHLFING

9                                 /s/ *Young Cho*
                            BY: _____

10                                Young Cho
                                  Attorney for plaintiff
11                                MERLENE FAY WILSON SUJO

12

13 Date:  October 29, 2015         BENJAMIN B. WAGNER
                                   United States Attorney

14

15                          BY:  /s/ *Ben A. Porter*
                                 Ben A. Porter
16                               Special Assistant United States Attorney
                                 Attorneys for Defendant CAROLYN W. COLVIN
17                               Acting Commissioner of Social Security

18

19

20                               **ORDER**

21    Approved and so ordered:

22 Dated:  November 2, 2015

23                                 _____
                                   CAROLYN K. DELANEY
24                                 UNITED STATES MAGISTRATE JUDGE

25

26

-2-